# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132691(33)

CITY OF DETROIT,
        Plaintiff-Appellee,

v

                                          SC: 132691
                                          COA: 270520
                                          Wayne CC: 06-605831-AV
                                          36th District Court:  04-328091

BEVERLY A. MOORE,
        Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's March 26, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007                                                                     
d0521                                                                            Clerk